# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Lee S. Johnson, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13-cv-00678-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| J.P. Morgan Chase National Corporate Services, Inc. | ) | |
| Chase Home Finance, LLC | | |
| J.P. Morgan Chace & Co. | | |
| JPMorgan Chase Bank, N.A., | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 3, 2014 Order.

September 3, 2014

Signed: September 3, 2014

Frank G. Johns, Clerk
United States District Court